UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-00206 |
| ) | JUDGE SHARP |
| WILLIAM CLAYTON STORY ) | |

**MOTION TO WITHDRAW MOTION TO SUPPRESS EVIDENCE AND STATEMENTS**

Now comes William Clayton Story, through counsel, and respectfully requests that the Court allow him to withdraw his Motion to Suppress Evidence and Statements, which is currently scheduled for hearing on Monday, May 14, 2012, at 1:30 p.m. Counsel would show that he has discussed this Motion with Mr. Story, and he has agreed to withdraw the Motion to Suppress Evidence and Statements. According, the hearing should be cancelled.

Respectfully submitted,

s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for William Clayton Story

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2012, I electronically filed the foregoing *Motion to Withdraw Motion to Suppress Evidence and Statements* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Braden H. Boucek**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Ronald C. Small*
RONALD C. SMALL