UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:11-00206 |
| ) | JUDGE SHARP |
| WILLIAM CLAYTON STORY ) | |

## **O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing and to Extend the Time to File Sentencing Pleadings (Docket No. 60), which the Government does not oppose.

The motion is GRANTED and the sentencing set for August 31, 2012 is hereby rescheduled for October 15, 2012 at 10:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE