UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:11-00206 |
| | ) | JUDGE SHARP |
| WILLIAM CLAYTON STORY | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing (Docket No. 80) to which the Government does not oppose.

The motion is GRANTED and the sentencing set for November 2, 2012 is hereby rescheduled for November 16, 2012 at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE